IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAREN VAUGHN, Individually & on Behalf of All Others Similarly Situated, § § § § | | |
| Plaintiff, § § | Case No. 2-04CV-142(JTW) | |
| v. § § | | |
| AMERICAN HONDA MOTOR CO., INC. Et al., § § § | | |
| Defendants § § § | | |
| SHARON McQUISTON, Individually and on behalf of all others similarly situated, § § § | Case No. 2-06CV-253(JTW) | |
| Plaintiff, § § § | | |
| v. § § § | | |
| AMERICAN HONDA MOTOR CO., INC., & Honda Motor Co., Ltd., § § § § | | |
| Defendants § § | | |

**RICHARD B. SCHIFF'S AMENDED MOTION FOR APPROVAL OF WITHDRAWAL OF OBJECTION AND FOR FEES**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes RICHARD B. SCHIFF ("Schiff"), Objector, a member of the Class herein, and files his Amended Motion for Approval of Withdrawal of Objection and Fees.

**THIS MOTION IS UNOPPOSED**

1. Richard Schiff ("Schiff") filed an Objection to the proposed settlement of this class action suit on April 25, 2007, as allowed under FRCP 23 (e)(4)(A). The basis of his objection was a unique State of California insurance premium calculation formula that included the mileage driven as a factor in setting mandatory automobile insurance coverage rates and on the basis of diminution of value to the class members who sell their Honda vehicles if disclosure of any excess mileage on the odometer over actual miles driven was required under the Federal Odometer Act.

2. Schiff appeared through Texas counsel of record at the informal settlement meeting with Magistrate Judge Everingham on August 15, 2007.

3. Schiff appeared through his two Texas counsel at the fairness hearing on August 21, 2007.

4. Schiff, personally, counsel of record Kent Brooks and associated California counsel Stephen Morris and Texas counsel Mel Klein all appeared at the court-ordered mediation with Magistrate Judge Everingham on August 29, 2007.

5. Schiff and the named parties have resolved his objection. Schiff seeks the Court's approval of a withdrawal of his objection as required under FRCP 23(e)(4)(B).

6. Pursuant to FRCP 23(e)(4)(B), Schiff discloses that the settlement of his objection requires that the following language be included in any order approving the proposed settlement: The Court further FINDS that with regard to any Class Vehicle which at any time in the future will be covered by an insurance policy governed by the California Insurance Code Section 1861.02, for which a statement of estimated miles driven is required under 10 CCR Sec. 2632.5 or any successor statute or regulation, the owner of such vehicle, in making such estimate, may base such estimate

on the vehicle's driving experience reduced by a factor of two and one-half percent (2 1/2%)

7.   The named parties to this case have also agreed that any order approving the proposed settlement include language that would relieve class members from any duty to disclose mileage inaccuracies if the inaccuracies are only those due to the design settings used by Honda.

8.   Schiff believes that these two enhancements adequately address his objections.

### APPLICATION FOR APPROVAL OF $150,000.00 IN FEES AS PART OF SETTLEMENT UNDER FRCP 23(e)(4)(B)

9.   Pursuant to the terms of the agreement to resolve Objector Schiff's Objections, Defendants, Class Counsel and Named Plaintiffs agreed that if the Court approved the Settlement Agreement with the above listed enhancements in that approval, Schiff's Counsel would submit an application to the Court for fees to make the required disclosure of the terms of the resolution of Schiff's objections.

10.   The Court entered its order and judgment September 28, 2007 (D.E. 289) and in paragraph 13 made the declaration concerning California law and the California class members.

11.   **The $150,000.00 in Fees Are Unopposed.**  The parties, and Plaintiffs' Counsel, further agreed to not oppose the Court approving fees for Counsel for Objector Schiff, not to exceed $150,000 which, if approved, would be paid from the fee amounts already agreed to be paid by the Defendants in the Settlement Agreement of this cause, thereby reducing the sums paid to Plaintiffs' Counsel.

12.   Objector Schiff incorporates by reference *Plaintiffs' Application for Award of Attorneys' Fees & Reimbursement of Expenses* for the briefing on fees.  The record in this case indicates that there are somewhere between 800,000 and 1 million California resident class members.

For those members, the enhancement brought about by the efforts of Schiff and his counsel represented by paragraph 13 is significant in that the California members are no longer subject to an assertion that they have made a knowing misstatement of the mileage driven on their automobile insurance application in regard to the odometer calibration.

13. As set out in the attached billing statements (Exhibits A [Texas counsel] & B [California counsel]), Counsel for Schiff have a combined total of 307.20 hours in this case. At a requested rate of $400.00 per hour,[1] that is a lodestar of $122,880. To reach the full, requested fee amount of $150,000, the Court need only apply a multiplier of less than 1.23[2] which is well within the range approved in comparable class action situations.

14. Schiff asks that the court approve the withdrawal of his objection and approve the payment of the fees in the amount of $150,000.00.

Respectfully submitted,

\s\ Kent F. Brooks

———————————————
Kent F. Brooks
State Bar Card No. 03070710
Preston Commons West
8117 Preston, Suite 300
Dallas, Texas 75225
(214) 706-9151
(214) 706-9152  Facsimile

---

[1] Class Counsel asserted in *Plaintiffs' Supplemental Motion for An Award of Attorneys' Fees* that a reasonable rate for services would be as much as $500.00 per hour.

[2] Class Counsel asserted in *Plaintiffs' Supplemental Motion for An Award of Attorneys' Fees* that a reasonable multiplier would be as much as 2.63.

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the above was sent by First Class Mail on this ____day of October 2007, to the following:

James A. Holmes
Law Office of James Holmes, P.C.
605 South Main St., Ste. 203
Henderson, Texas 75654


Brian C. Anderson
O'Melveny & Myers, LLP
1625 Eye Street
Washington, D.C. 20006

David B. Johnson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Richard Coffman
The Coffman Law Firm
1240 Orleans St., Ste. 200
Beaumont, Texas 77701

Mitchell A. Toups
Weller, Green, Toups & Terrell
PO Box 350
Beaumont, Texas 77704-0350

J. Scott Nabers
Edward F. Blizzard
Blizzard McCarthy & Nabers
440 Louisiana, Ste. 1710
Houston, Texas 77002

                                        \s\ Kent F. Brooks
                                        _____
                                        KENT F. BROOKS