IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAREN VAUGHN, Individually & on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:04-CV-142 |
| AMERICAN HONDA MOTOR CO., INC. & HONDA MOTOR CO., LTD., | § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Zack Hawthorn, Class Member in the above case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment and Order of Dismissal entered in this action on the 28th day of September, 2007.

Respectfully Submitted,

/s/ Joseph C. Hawthorn

_____

Joseph C. Hawthorn
Hawthorn & Hawthorn, PC
485 Milam
Beaumont, Texas 77701
(409) 838-3969
(409) 832-5611 fax
State Bar No. 09258000

CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of October, 2007.

/s/ Joseph C. Hawthorn
_____
Joseph C. Hawthorn