UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 OCT 26  AM 10: 00

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| KAREN VAUGHN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 2-04CV-142 |
| v. | ) HON. T. JOHN WARD |
| AMERICAN HONDA MOTOR CO., INC. Et al., | ) ) ) |
| Defendants. | ) |
| SHARON McQUISTON, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 2-06CV-253 ) HON. T. JOHN WARD |
| AMERICAN HONDA MOTOR CO., INC., & HONDA MOTOR CO., LTD., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Class Member and Objector Jesus Ituarte hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order and the Final Judgment and Order of Dismissal dated September 28, 2007.

_____
Jesus Ituarte
2200 Pestalozzi
St. Louis, MO 63118
(314) 865-5400
FAX: (314) 865-5401

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by regular U.S. Mail, postage prepaid, on this 25th day of October, 2007 upon:

James A. Holmes
The Law Office of James Holmes, P.C.
605 South Main Street, Suite 203
Henderson, TX 75654

Brian C. Anderson
O'Melveney & Myers, LLP
1625 Eye Street
Washington, DC 20006

David B. Johnson
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

_____
Jesus Ituarte