


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **KAREN VAUGHN, Individually &** <br> **on Behalf of All Others Similarly** <br> **Situated,** <br><br>         **Plaintiff,** <br><br> v. <br><br> **AMERICAN HONDA MOTOR CO.,** <br> **INC. Et al.,** <br>         **Defendants** | Case No. 2-04CV-142(JTW) |
| **SHARON McQUISTON, Individually and** <br> **on behalf of all others similarly situated,** <br><br>         **Plaintiff,** <br><br> v. <br><br> **AMERICAN HONDA MOTOR CO.,** <br> **INC., & Honda Motor Co., Ltd.,** <br><br>         **Defendants** | Case No. 2-06CV-253(JTW) |

### ORDER GRANTING OBJECTOR RICHARD B. SCHIFF'S AMENDED MOTION FOR APPROVAL OF WITHDRAWAL OF OBJECTION AND FOR FEES

**BE IT REMEMBERED**, that on the below-referenced date, came on for consideration Objector Schiff's Amended Motion for Approval of Withdrawal of Objection and for Fees. The Court having considered the Motion as well as the evidence and authorities cited therein, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that Class Counsel, Mr. Stephen Woodfin shall pay to Counsel for objector Schiff, Kent F. Brooks, Esq., the sum of

$___150,000.00_____ as attorneys' fees as consideration for Objector Schiff's counsels' efforts. Such sums shall be paid within five (5) days after the Court's Judgment in this case has become final.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Richard B. Schiff's Amended Motion for Approval of Withdrawal of Objection is GRANTED and that Richard B. Schiff's Objection is considered withdrawn.

SIGNED this 7th day of February, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE